UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
Eastern Division

Lonette Covert
                Plaintiff,

v.                                Case No.: 1:12−cv−06009
                                        Honorable John Z. Lee

I.C. System, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 21, 2012:

      MINUTE entry before Honorable John Z. Lee: Pursuant to the notice of voluntary dismissal [6], because the parties have settled the case, plaintiff dismisses her claims against defendant with prejudice pursuant to Federal Rule of Civil Procedure 41. This case is hereby terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.